# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRUCE EDWARD McCREE,** )  | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-699-GPM |
| ) | |
| **W.A. SHERROD,** ) | |
| ) | |
| Respondent. ) | |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Petitioner brings this habeas corpus action pursuant to 28 U.S.C. § 2241. In this action, Petitioner challenges the manner in which the Bureau of Prisons interprets 18 U.S.C. § 3624(b) to calculate good conduct credit. However, the Seventh Circuit has upheld the Bureau's method of calculating good conduct credit. *White v. Scibana*, 390 F.3d 997, 1003 (7th Cir. 2004). *See also Pacheco-Camacho v. Hood*, 272 F.3d 1266 (9th Cir. 2001).

Therefore, the petition for writ of habeas corpus is **DENIED**, and this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

DATED: 11/0707

s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge